**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| The United States of America | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil rule 6.1(b)] |
| Plaintiff(s) | |
| v. | Civil Action No. 3:26-cv-1770 |
| The State of New Jersey; Mikie Sherrill, Go | |
| Defendant(s) | |

Application is hereby made for a Clerk's Order extending time within which defendant(s)

_____Defendants the State of New Jersey and Mikie Sherrill, Governor of New Jersey_____

may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on March 3, 2026 ; and
3. Time to Answer, Move or otherwise Reply expires on March 24, 202 .

Liza B. Fleming_____
Attorney for Defendant(s)

25 Market Street, P.O. Box 080
Mailing Address

Trenton, NJ 08625_____
City, State, Zip Code

ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to April 7, 2026_____.
ORDER DATED: _____

By:_____
Deputy Clerk