## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE STATE OF NEW JERSEY;<br>MIKIE SHERRILL, Governor of New<br>Jersey, in her official capacity,<br><br>　　　　Defendants. | Hon. Georgette Castner, U.S.D.J.<br><br>Civil Action No.: 26-1770<br><br>Motion Return Date: June 1, 2026<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

To:　Hon. Georgette Castner, U.S.D.J.
　　　Counsel of Record
　　　(via CM/ECF)

**PLEASE TAKE NOTICE** that on May 8, 2026, Defendants State of New Jersey and Mikie Sherrill, in her official capacity as Governor of New Jersey, will move before the Honorable Georgette Castner, U.S.D.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order dismissing Plaintiff's Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant will rely on the accompanying brief and all other pleadings and papers on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is

submitted herewith.

Dated: May 8, 2026

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

/s/ *September R. McCarthy*
September R. McCarthy
Deputy Attorney General
R.J. Hughes Justice Complex,
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
(609) 575-8756
September.McCarthy@njoag.gov
*Attorney for Defendants*

2