**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>THE STATE OF NEW JERSEY;<br>MIKIE SHERRILL, Governor of New<br>Jersey, in her official capacity,<br><br>　　　Defendants. | Hon. Georgette Castner, U.S.D.J.<br><br>Civil Action No.: 26-1770<br><br><br>**[Proposed] Order** |

**THIS MATTER** comes before the Court upon the Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) filed by Defendants State of New Jersey and Mikie Sherrill, in her official capacity as Governor of New Jersey. The Court having carefully considered the papers submitted in support and in opposition, if any, and for good cause shown:

**IT IS** on this _____ day of _____, 2026, **ORDERED** as follows:

1. Defendants' Motion to Dismiss is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

2. The Clerk is directed to enter final judgment in favor of Defendants and to terminate this case.

_____
**HON. GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**