# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>THE STATE OF NEW JERSEY;<br>MIKIE SHERRILL, Governor of New<br>Jersey, in her official capacity,<br><br>      Defendants. | Hon. Georgette Castner, U.S.D.J.<br><br>Civil Action No.: 26-1770<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that, on May 8, 2026, I electronically filed Defendants' Notice of Motion to Dismiss, Brief in Support of Defendants' Motion to Dismiss Plaintiff's Complaint, and Proposed Order with the Clerk of Court of the U.S. District Court for the District of New Jersey.  Counsel for all parties will be served via CM/ECF.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: May 8, 2026

/s/ *September R. McCarthy*
September R. McCarthy
Deputy Attorney General
(609) 575-8756
September.McCarthy@njoag.gov