**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

THE UNITED STATES OF AMERICA.

          Plaintiff,

   v.

THE STATE OF NEW JERSEY; MIKIE
SHERRILL, Governor of New Jersey, in
her official capacity.

          Defendants.

Civil Case No. 3:26-cv-1770-GC-JTQ

**APPLICATION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANTS'
DISPOSITIVE MOTION TO DISMISS
(ECF-10)**

**[Local Civil Rule 7.1(d)(5)]**

Pursuant to and invoking Local Civil Rule 7.1(d)(5), application is hereby made for a

Clerk's Order extending the time within which Plaintiff United States of America may respond to

Defendants' Dispositive Motion to Dismiss (ECF-10). It is represented that:

1. The originally noticed motion day has not previously been extended or adjourned;
2. Plaintiff's time to respond to Defendants' Motion to Dismiss currently expires on May 18, 2026;
3. Defendants' Dispositive Motion to Dismiss is currently returnable on June 1, 2026; and
4. The next motion day after June 1, 2026 is June 15, 2026, thereby making the expiration of Plaintiff's new time within which to respond June 1, 2026.

DATED: May 11, 2026

*/s/ Robert O. Lindefjeld*
ROBERT O. LINDEFJELD
Assistant Director (DC Bar No. 44423)
United States Department of Justice
Enforcement and Affirmative Litigation Branch
Post Office Box 386
Washington, D.C. 20044-0386
*Attorney for Plaintiff*

**ORDER**

The above application is ORDERED GRANTED. Plaintiff's time to reply to Defendants'

Dispositive Motion to Dismiss is extended to: June 1, 2026.

ORDER DATED: _____      By:_____
                                               Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice to all attorneys of record.

DATED: May 15, 2026                    Respectfully submitted,


                                       */s/ Robert O. Lindefjeld*
                                       ROBERT O. LINDEFJELD
                                       Assistant Director (DC Bar No. 44423)
                                       United States Department of Justice
                                       Enforcement and Affirmative Litigation Branch
                                       Post Office Box 386
                                       Washington, D.C. 20044-0386
                                       *Attorney for Plaintiff*