

**MIKIE SHERRILL**
*Governor*

**DR. DALE G. CALDWELL**
*Lt. Governor*

*STATE OF NEW JERSEY*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
OFFICE OF THE SOLICITOR GENERAL
PO BOX 080
TRENTON, NJ 08625-0080

**JENNIFER DAVENPORT**
*Attorney General*

**JEREMY M. FEIGENBAUM**
*Solicitor General*

June 2, 2026

**<u>VIA ECF</u>**

Hon. Georgette Castner, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:   *United States of America v. New Jersey et al.*, No. 26-cv-01770 –
          Adjournment Request

Dear Judge Castner:

    I write on behalf of Defendants to request an adjournment on the deadline for Defendants to file their reply brief. Defendants' reply brief is currently due on or before June 8, 2026. In light of several intervening deadlines in other matters, Defendants request an additional two weeks to file their reply brief to June 22, 2026. Defendants previously obtained an automatic one-cycle adjournment on the time to file their motion to dismiss but have not sought or received any other extensions. Defendants also request a five-page extension of the page limit for their reply brief written in 14-point font (for a total of 20 pages). Defendants have conferred with Plaintiff, who consents to this request for both additional time and additional pages.

    Thank you for your consideration of this request.

          Respectfully submitted,

          JENNIFER DAVENPORT
          ATTORNEY GENERAL OF NEW JERSEY

          By:   /s/ Liza B. Fleming
               Liza B. Fleming

cc: All counsel of record        Deputy Attorney General