

P.O. Box 32159
Newark, NJ  07102

Tel: 973-642-2086
Fax: 973-642-6523

info@aclu-nj.org
www.aclu-nj.org

JEANNE LOCICERO
Legal Director

jlocicero@aclu-nj.org
973-854-1715

June 22, 2026

Hon. Justin T. Quinn, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:    *United States v. New Jersey, et al.*
>         Case No. 3:26-cv-1770

Dear Judge Quinn:

On behalf of amici curiae the American Civil Liberties Union of New Jersey ("ACLU-NJ") and 19 other organizations, I submit this letter application seeking the *pro hac vice* admissions of Nelson Larry Eisen, Sofia Fernandez Gold, Pooja Chaudhuri, and Délany Sisirucá.

The United States takes no position on these admissions; Defendants consent to the admissions. Pursuant to your honor's posted judicial preferences, I am attaching to this letter proposed forms of order along with certifications of Mr. Eisen, Ms. Fernandez Gold, Ms. Chaudhuri, and Ms. Sisirucá attesting to their bar admissions and good standing and my respective certifications stating that I will be responsible for their conduct in this matter and will otherwise comply with L. Civ. R. 101.1(c).

Thank you very much for your consideration of this application.

Respectfully submitted,

*Jeanne LoCicero*

Jeanne LoCicero
*Counsel for amici curiae the ACLU-NJ and 19 other organizations*