**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>THE STATE OF NEW JERSEY; MIKIE SHERILL, Governor of New Jersey, in her official capacity,<br><br>*Defendants*. | Civil Action No.: 3:26-cv-1770<br><br><br>**ORDER ADMITTING COUNSEL *PRO HAC VICE*** |

**THIS MATTER** having been brought before the Court by Jeanne LoCicero, Esq. ["movant"], attorney for amici curiae, on application for an Order allowing Sofia Fernandez Gold, Esq. ["counsel"], to appear and participate *pro hac vice* [Docket Entry No. 21]; and the Court having considered the moving papers;

It is on this __24th__ day of __June__, 2026,

**ORDERED** that Sofia Fernandez Gold, member in good standing of the Bars of New York and Washington, D.C., is granted permission to appear *pro hac vice* in the above-captioned matter on behalf of amici curiae pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by movant, or other co-counsel who are admitted to the Bar of this Court and movant shall be held responsible for said papers and for the conduct of the case and will be held responsible for the conduct of counsel admitted hereby; and it is further

**ORDERED** that counsel shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within thirty (30) days from the date of the entry of this order, unless previously paid for the current calendar year; and it is further

**ORDERED** that counsel shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED** that counsel shall make payment of $250.00 to the Clerk of the United States District Court for the District of New Jersey in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days of the date of the entry of this Order; and it is further

**ORDERED** that counsel may file a request with the Clerk of Court, the form of which is available at the Court's website, to receive electronic notifications in this matter.

IT IS SO ORDERED:

DATED this __24th__ day of __June_____, 2026.

_____

Hon. Justin T. Quinn, U.S.M.J.