**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEW JERSEY and MIKIE SHERRILL, *in her official capacity as Governor of the State of New Jersey*,<br><br>Defendants. | Civil Action No. 26-1770 (GC) (JTQ)<br><br>**ORDER** |

**CASTNER, District Judge**

**THIS MATTER** comes before the Court upon Defendants the State of New Jersey and Governor Mikie Sherrill's Motion to Dismiss Plaintiff United States of America's Complaint (ECF No. 1) under Federal Rules of Civil Procedure (Rules) 12(b)(1) and 12(b)(6). (ECF No. 10.) The Court has carefully reviewed the parties' submissions and decides the matter without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the Court's accompanying Opinion, and for other good cause shown,

**IT IS** on this 4th day of September, 2026 **ORDERED** as follows:

1. Defendants' Motion to Dismiss (ECF No. 10) is **GRANTED.**
2. Plaintiff's Complaint (ECF No. 1) is **DISMISSED** with prejudice.
3. The Clerk's Office is directed to **TERMINATE** Defendants' Motion (ECF No. 10) and **CLOSE** this case.

GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE